**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SYLVIA W. STEWART and** | ) | |
| **JOHN DAVID STEWART,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Act. No. 1:19-cv-49-TFM-MU** |
| | ) | |
| **TAYLOR'S EQUIPMENT** | ) | |
| **TRANSPORT, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is the parties' *Joint Notice of Voluntary Dismissal*, filed December 12, 2019, in which the parties agree to dismiss all claims against Defendants with prejudice, with each party to bear its own costs. Doc. 42. The Rules of Civil Procedure permit plaintiffs to voluntarily dismiss an action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, the parties seek dismissal pursuant to "Rule 41(a)(i)," which the Court construes as Rule 41(a)(1)(A)(i). However, the defendants have filed answers in this case. *See* Docs. 9, 16. Nevertheless, the joint stipulation is signed by both sides. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed in accordance with the joint notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 17th day of December 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE